# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Wilma Headen,
    Plaintiff,

vs.                               Case No. 1:10-cv-648

Commissioner of Social Security,
    Defendant

## ORDER

      This matter is before the Court on the Magistrate Judge's Report and Recommendation filed July 22, 2011 (Doc. 13).

      Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

      Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

      Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The decision of the Administrative Law Judge is **AFFIRMED**.

August 15, 2011                       s/Sandra S. Beckwith
                                            Sandra S. Beckwith, Senior Judge
                                            United States District Court